**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 5:06CR35-9-V** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CRYSTAL CREWS (9),** | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's "Notice of Appeal and Motion for Revocation and Stay of Magistrate Judge's Release Order," filed August 7, 2006. On that same date, the defendant was brought before Magistrate Judge Carl Horn for a bond review hearing. At the conclusion of that hearing, the Magistrate Judge ordered the defendant released.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court will stay the Magistrate Judge's release order pending a ruling by this Court on the Government's motion to revoke the release order.

**IT IS, THEREFORE, ORDERED** that the Government's motion to stay is hereby **GRANTED**, and the defendant shall be **DETAINED** until further order of this Court. The Court will notify the parties at a later date if a hearing in this matter is necessary.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: August 7, 2006

Richard L. Voorhees
United States District Judge